| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Valentina Mindirgasova SBN 272746<br>Kraw Law Group, APC<br>1017 E. Grand Avenue<br>Escondido, CA 92025<br>ATTORNEY FOR  Plaintiff | (760) 747-1100 | |
| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>GCIU-Employer Retirement Fund v. Peak Printing, Inc. | | |
| DATE:     TIME:     DEP./DIV. | | CASE NUMBER:<br>2:23-cv-4712-AB-SK |
| **Declaration of Service** | | Ref. No. or File No:<br>2850 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Summons; Standing Order**

On: **Peak Printing, Inc.**

I served the summons at:

**1332 Thomas Ave W  St Paul, MN 55104**

On: **6/27/2023**          Date: **11:02 AM**

In the above mentioned action  by personally serving to and leaving with
**Anthony Schlosser  -  Registered Agent**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

  a. Name: **Mike  Sornberger**
  b. Address: **15345 Fairfield Ranch Rd  Suite 200, Chino Hills, CA 91709**
  c. Telephone number: **909-664-9577**
  d. **The fee** for this service was: **231.50**
  e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Mike Sornberger                                Date: 06/27/2023

Declaration of Service                                Invoice #: 7767249